■ STATE SAVINGS AND LOAN ASSOCIATION OF JACKSON HEIGHTS, Respondent, v REPUBLIC INSURANCE COMPANY, Appellant.—In an action on a performance bond, defendant appeals from (1) an order of the Supreme Court, Nassau County, entered October 31, 1977, which (a) denied its motion for summary judgment and dismissal of the complaint, and (b) granted summary judgment to the plaintiff on the issue of defendant's liability, and (2) a judgment of the same court, entered thereon on February 13, 1979, which awarded damages to the plaintiff. Appeal from order dismissed. Judgment affirmed. The plaintiff is awarded one bill of costs to cover both appeals. The issue of defendant's liability to the plaintiff was previously determined by this court (see *State Sav. & Loan Assn. of Jackson Hgts. v Republic Ins. Co.,* 63 AD2d 672, mot for lv to app dsmd 45 NY2d 714). Damiani, J. P., Cohalan, Margett and Martuscello, JJ., concur.

■ MARY N. TOWPASH, Appellant, v JOHN TOWPASH, Respondent.—In a matrimonial action, the plaintiff wife appeals from so much of a judgment of the Supreme Court, Kings County, dated December 11, 1978, as (1) denied her claim to certain savings accounts alleged to have been converted by the defendant husband, (2) denied her claim to sole title of the marital residence and (3) provided that the marital residence be sold upon the occurrence of certain specified events. Judgment affirmed insofar as appealed from, without costs or disbursements. The proof adduced at trial by plaintiff was insufficient to establish any conversion by defendant. Furthermore, plaintiff's proof as to her claim of sole ownership of the marital residence was insufficient to establish that the marital residence was not owned by the parties as tenants by the entirety. Titone, J. P., Suozzi, Shapiro and Cohalan, JJ., concur.